IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| The Independent Order of Foresters, ) | Civil Action No.: 4:15-cv-3193-TER |
| Plaintiff, ) | |
| -vs- ) | **CONSENT ORDER** |
| ) | **OF SETTLEMENT** |
| Doris Y. Reed; Mable Campbell; North ) | |
| Carolina Mutual Financial, LLC; ) | |
| Defendants. ) | |

IT APPEARING that Mable Campbell and Doris Reed both claim entitlement to life insurance proceeds covering the life of Albert Lee Gore issued by The Independent Order Foresters in the amount of $10,412.00;

IT FURTHER APPEARING that The Independent Order of Foresters has paid said amount into the Court and has been discharged from the case;

IT FURTHER APPEARING that Doris Y. Reed and Mable Campbell have reached an agreement as to the apportionment of the life insurance proceeds at issue;

NOW THEREFORE,

IT IS HEREBY ORDERED, by and with the consent of the remaining parties, that the $10,412.00 in life insurance proceeds issued on the life of Albert Lee Gore by The Independent Order of Foresters be disbursed as follows:

1. $1,200.00 to be paid to North Carolina Mutual Financial in satisfaction of a lien to pay for the decedent's funeral;

2. $5,095.00 payable to Doris Y. Reed; and

3. $4,117.00 payable to Mable Campbell.

I find these amounts to be appropriate considering the facts and circumstances of the case and herewith order the Clerk of Court to issue a check in the amount of $10,412.00 to Abbott, McKissick & Hopewell, LLC Trust Account and thereafter order counsel for Mable Campbell to disburse the funds in accordance with this Consent Order.

**AND IT IS SO ORDERED.**

_____
THOMAS E. ROGERS, III
UNITED STATES MAGISTRATE JUDGE

Date: Aug 15, 2016

Florence, SC


**WE CONSENT:**

_____
**DORIS Y. REED, PRO SE**


_____
**MICHAEL C. ABBOTT (Fed. Bar #6066)**
Attorney for Defendant Mable Campbell

**ABBOTT, MCKISSICK & HOPEWELL, LLC**
Post Office Box 148
Florence, SC 29503
(843) 669-0089
(843) 669-0085 (Fax)
*mabbott@amhattorneys.com*

2