# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| The Independent Order of Foresters, ) | Civil Action No.: 4:15-cv-3193-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | **ORDER** |
| ) | |
| Doris Y. Reed; Mable Campbell; North ) | |
| Carolina Mutual Financial, LLC; ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On August 15, 2016, the undersigned entered a Consent Order of Settlement (Document # 43), directing that the Clerk of Court issue a check in the amount of $10,412.00 to Abbott, McKissick & Hopewell, LLC Trust Account, for disbursement to North Carolina Mutual Financial, Doris Y. Reed, and Mable Campbell in accord with the agreed upon amounts as set forth in the order. However, the funds at issue were held in an interest-bearing account and now total $12,119.28. As such, it is ordered that the Clerk of Court issue a check in the amount of $12,119.28 plus accrued interest to Abbott, McKissick & Hopewell, LLC Trust Account and that counsel for Mable Campbell disburse the funds proportionally in accordance with the Consent Order of Settlement referenced above.

**IT IS SO ORDERED.**

Thomas E. Rogers, III
United States Magistrate Judge

September 14, 2016
Florence, South Carolina